**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CLIFFORD THOMAS NULL, JR.,

     Plaintiff,

v.                                                                    CASE NO. 5:11cv315-MP-EMT

MEDICAL STAFF, et al.,

     Defendants.

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 17, 2012. (Doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's claims against SLPN Clark, Dr. Saks, Dr. Wallace, Dr. Sexton, SLPN Litle, SLPN Cooley, Dr. Steel, Dr. Montoya, and Dr. Schillings are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3.     Defendants SLPN Clark, Dr. Saks, Dr. Wallace, Dr. Sexton, SLPN Litle, SLPN Cooley, Dr. Steel, Dr. Montoya, and Dr. Schillings are DISMISSED as parties from this lawsuit.

4.　　　The clerk is directed to TRANSFER this case to the United States District Court for the Middle District of Florida for disposition of Plaintiff's claims against SLPN Mangual and Dr. Nunez, the remaining Defendants.

**DONE and ORDERED** this 18th day of May, 2012.

_s/ *M. Casey Rodgers*_

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**